THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAMES RUSSELL McKAY, Respondent.— In a filiation proceeding brought in the Children's Court of Orange County the mother of the child appeals from a judgment dismissing her complaint. Judgment unanimously affirmed, without costs. This court cannot hold that the decision of the trier of the facts was contrary to the weight

of the credible evidence. The trial court saw and heard the witnesses and was in a superior position to judge their credibility. In view of the contradictory testimony of the witnesses on the most material facts, the issue was entirely one of credibility. (*Boyd* v. *Boyd*, 252 N. Y. 422, 429.) Present — Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ.